**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.   13-cv-01706-LTB-CBS

ARLEEN SAPP,

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

      Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Notice of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed With Prejudice, with each party to pay her or its own attorney's fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   August 26, 2013